The United States District Court
for the Western District of Texas
San Antonio Division

Harmony K. Standard
    Plaintiff

vs

Metroplex Adventist Hospital, Inc.
    et al.
      Defendants

Civil Action No. DG
SA-17-CV-155

Plaintiff's OBJECTIONS to MAGISTRATE JUDGE'S Report and Recommendations

Plaintiff Harmony K. Standard objects to the Magistrate Judge's Court Recommendation because she wants to move forward with this case and does _not_ want the case dismissed. Plaintiff will bring the second amended complaint tomorrow, April 20, 2018 for the court to read.

(The post office in Helotes could not find the certified letter so I got a copy from the clerk's office today.)

Thank you,

Harmony K. Standard
19007 Scenic Loop Rd.
Helotes TX 78023
210-238-5103